UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUANITA ALEMAN & RAUL ALEMAN ) | CIVIL ACTION |
|    Plaintiffs ) | NO. 3:10-CV-1650(SRU) |
| ) | |
| v. ) | |
| ) | |
| ELLINGTON AUTO SALES & ) | |
| FINANCING, LLC and ) | |
| AUTOFLOW FINANCING, LLC ) | |
|    Defendants ) | |
| ) | NOVEMBER 1, 2012 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs Juanita Aleman and Raul Aleman, through their attorney, and the defendants, Ellington Auto Sales & Financing, LLC and Autoflow Financing, LLC, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

          Plaintiffs, Juanita Aleman and Raul Aleman

          By /s/ Daniel S. Blinn
          Daniel S. Blinn  (ct 02188)
          Consumer Law Group, LLC
          35 Cold Spring Road, Suite 512
          Rocky Hill, CT  06067
          Tel: (860) 571-0408
          Fax: (860) 571-7457
          dblinn@consumerlawgroup.com

2

Defendants, Ellington Auto Sales & Financing, LLC and Autoflow Financing, LLC

By /s/ Robert B. Flynn
Robert B. Flynn (ct15803)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 548-1300
Fax: (860) 548-0023
rflynn@ofalaw.com

## **CERTIFICATION**

I hereby certify that on this 1st day of November, 2012, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

2